NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | Criminal Action No.: 05-281 (JLL) |
| v. | **ORDER** |
| EULICES MARIN | |

Presently before this Court is a request by Defendant Eulices Marin for early termination of Supervised Release. The court has considered Mr. Marin's request, including the documents attached to his letter, as well as the Government's opposition to his request.

It is on this 23rd day of December, 2009,

**ORDERED** that Mr. Marin's request for early termination of Supervised Release is DENIED.

_____
Jose L. Linares
United States District Judge